Frankie Vernon JOSEPH, Petitioner-Appellant,

v.

Adam J. FALKENSTEIN et al., Respondents-Appellees.

No. 29699

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Oct. 16, 1970.

Frankie Vernon Joseph, pro se.

James C. Garrison, Dist. Atty., James L. Alcock, Asst. Dist. Atty., New Orleans, La., for respondents-appellees.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

1. See NLRB v. Amalgamated Clothing Workers of America, 5th Cir., 1970, 430 F.2d 966.